# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GABRIEL RAMIREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 4:18-CV-1912 NAB |

## MEMORANDUM AND ORDER

This matter is before the undersigned after review of the file. The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). [Doc. 10.] On November 9, 2018, Plaintiff filed a Complaint seeking judicial review of an administrative decision that denied Plaintiff's application for disability insurance benefits. On February 1, 2019, Defendant filed an Answer to the Complaint and a certified copy of the Administrative Record. [Docs. 13, 14.] Pursuant to this District's Local Rule 9.02 and the Case Management Order of November 16, 2018, Plaintiff was required to serve and file a Brief in Support of the Complaint within thirty (30) days after the Commissioner's service of an answer and the administrative transcript. *See* E.D. Mo. L. R. 9.02.

As of the date of this Order, Plaintiff has not filed a Brief, nor has Plaintiff filed a Motion for an Extension of Time. Plaintiff's Brief is now past due. The undersigned therefore orders Plaintiff to show cause, in writing, the reasons for failure to comply with the Local Rules and the Case Management Order of November 16, 2018.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall show cause, in writing, the reasons for failure to comply with the Local Rules and the Case Management Order of November 16, 2018 no later than **April 1, 2019**.

Dated this 21st day of March, 2019.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE